The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE F. KARL, IIII,

           Plaintiffs,

    v.

RICHARD V. SPENCER,

           Defendant.

CASE NO.  17-05773-BHS

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO COMPEL

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

Defendant's Motion to Compel is GRANTED.  Plaintiff must provide complete responses to Defendant's First Set of Interrogatories and Requests for Production to Plaintiff within five days of the date of this order.  If plaintiff fails to do so, this case will be dismissed.

The Court also awards defendant his attorney's fees in preparing the motion to compel and reply.  If defendant has not already submitted a declaration attesting to the amount of his attorney's fees, he must do so within fourteen days of the date of this order.

(Proposed) Order Granting Defendant's Motion to Compel
C17-05773-BHS- 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

<2>
<3>
<4>
<5>
<6>
<7>
<8>
<9>
<10>
<11>
<12>
<13>
<14>
<15>
<16>
<17>
<18>
<19>
<20>
<21>
<22>
<23>
<24>

DATED this _____ day of _____, 2018.

                                              _____
                                              BENJAMIN H. SETTLE
                                              United States District Judge

Presented by:

ANNETTE L. HAYES
United States Attorney

*/s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA # 28533

*/s/ Sarah K. Morehead*
SARAH K. MOREHEAD, WSBA # 29680
Assistant United States Attorneys
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
E-mail:  Priscilla.chan@usdoj.gov
E-mail:  Sarah.morehead@usdoj.gov

Attorneys for the Defendant

(Proposed) Order Granting Defendant's Motion to Compel
C17-05773-BHS- 2