UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE F. KARL III,<br><br>            Plaintiff,<br><br>  v.<br><br>RICHARD V. SPENCER, Secretary of the Department of the Navy,<br><br>            Defendant. | CASE NO. C17-5773 BHS<br><br>ORDER GRANTING DEFENDANT'S MOTION TO COMPEL |

This matter comes before the Court on Defendant Richard V. Spencer's ("Spencer") motion to compel. Dkt. 13.

On November 29, 2018, Spencer filed the instant motion requesting an order compelling Plaintiff George Karl III ("Karl") to respond to outstanding discovery. Dkt. 13. On December 10, 2018, Karl responded, and his counsel admitted a failure to timely respond to discovery. Dkt. 15. His counsel also offered to pay reasonable attorney's fees as a sanction. *Id.* On December 14, 2018, Spencer replied requesting $588.60 in fees and an admonishment that further discovery abuse will result in additional sanctions, up to and including dismissal. Dkt. 16.

ORDER - 1

In this case, the relevant issues are relatively simple. The Court awards fees in the amount of $588.60 for Karl's failure to timely respond to discovery necessitating the motion to compel. The Court warns Karl's counsel that further violations may result in more severe sanctions.

**IT IS SO ORDERED**.

Dated this 29th day of January, 2019.

_____
BENJAMIN H. SETTLE
United States District Judge