The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE F. KARL, III, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD V. SPENCER, Secretary of the Department of Navy,<br><br>Defendant. | Case No. C17-05773 BHS<br><br>DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY |

    Defendant Richard V. Spencer, Secretary of the Navy, by and through his undersigned counsel, respectfully submits this Notice of Supplemental Authority regarding his motion summary judgment pursuant to Fed. R. Civ. P. 56(c).  Local Civil Rule 7(n).

    Defendant's reply in support of its motion for summary judgment cited an order in *Rosales v. Spencer*, WDWA Case No. 17-5781 BHS, at 11 (Dkt. 43) (W.D. Wash. Jun. 4, 2019).  Defendant files this notice of supplemental authority because that order was subsequently vacated (Dkt. 52). In vacating the prior order, the *Rosales* order analyzed Title VII, but as set forth in defendant's reply in this case, plaintiff Karl has abandoned his Title VII claim and is proceeding only under the Rehabilitation Act.

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
[Case No. C17-05773 BHS] - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

DATED this 12th day of July, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA #28533

*s/ Sarah K. Morehead*
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov
Email: Sarah.Morehead@usdoj.gov

Attorneys for Defendant

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
[Case No. C17-05773 BHS] - 2

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and a person of such age and discretion as to be competent to serve papers;

I further certified that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

    Chalmers Johnson:    chalmers@gsjoneslaw.com

I further certify that on this date, I mailed the foregoing, via United States Postal Service, to the following non-CM/ECF participant(s)/CM/ECF participant(s), addressed as follows:

    -0-

    Dated this 12th day of July, 2019.

    *s/ Julene Delo*
    JULENE DELO, Legal Assistant
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: (206) 553-7970
    Fax:   (206) 553-4067
    E-mail:  julene.delo@usdoj.gov

DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY
[Case No. C17-05773 BHS] - 3

**UNITED STATES ATTORNEY**
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
206-553-7970