District Judge Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE F. KARL, III,<br><br>                    Plaintiff,<br><br>          v.<br><br>RICHARD V. SPENCER, SECRETARY OF THE NAVY,<br><br>                    Defendant. | CASE NO.  C17-5773 BHS<br><br>STIPULATED MOTION AND [PROPOSED] ORDER OF DISMISSAL<br><br>**Noted on Motions Calendar: September 30, 2019** |

## **JOINT STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through undersigned counsel, hereby stipulate and agree that this case may be dismissed with prejudice and without costs or fees to either party.

//

//

//

Stipulated Motion for Order of Dismissal
C17-5773 BHS
PAGE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

DATED this 30th day of September, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

| | |
|---|---|
| *s/ Priscilla T. Chan* | *s/ Chalmers C. Johnson* |
| PRISCILLA T. CHAN, WSBA #28533 | CHALMERS C. JOHNSON, WSBA #40180 |
| | GSJones Law Group, PS |
| *s/ Sarah K. Morehead* | 1155 Bethel Avenue |
| SARAH K. MOREHEAD, WSBA #29680 | Port Orchard, Washington 98366 |
| Assistant United States Attorneys | T: (360) 876-9221 |
| Western District of Washington | F: (360) 876-5097 |
| United States Attorney's Office | chalmers@gsjoneslaw.com |
| 700 Stewart Street, Suite 5220 | |
| Seattle, Washington 98101-1271 | Attorney for Plaintiff |
| Phone: 206-553-7970 | |
| Email: Priscilla.Chan@usdoj.gov | |
| Email: Sarah.Morehead@usdoj.gov | |

Attorneys for Defendant

Stipulated Motion for Order of Dismissal
C17-5773 BHS
PAGE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

ORDER

2

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without an award

3

of costs or fees to either party.

4

Dated this _____ day of September, 2019

5

6

BENJAMIN H. SETTLE
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Motion for Order of Dismissal
C17-5773 BHS
PAGE - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970