UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE F. KARL, III,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RICHARD V. SPENCER, SECRETARY OF THE NAVY,<br><br>　　　　　　　Defendant. | CASE NO. C17-5773 BHS<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>**Noted on Motions Calendar:<br>September 30, 2019** |

### **JOINT STIPULATION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through undersigned counsel, hereby stipulate and agree that this case may be dismissed with prejudice and without costs or fees to either party.

DATED this 30th day of September, 2019.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/ Priscilla T. Chan*
PRISCILLA T. CHAN, WSBA #28533

*s/ Sarah K. Morehead*
SARAH K. MOREHEAD, WSBA #29680
Assistant United States Attorneys
Western District of Washington

*s/ Chalmers C. Johnson*
CHALMERS C. JOHNSON, WSBA #40180
GSJones Law Group, PS
1155 Bethel Avenue
Port Orchard, Washington 98366
T: (360) 876-9221

Stipulated Motion for Order of Dismissal
C17-5773 BHS
PAGE - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: Priscilla.Chan@usdoj.gov
Email: Sarah.Morehead@usdoj.gov

Attorneys for Defendant

F: (360) 876-5097
chalmers@gsjoneslaw.com

Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without an award of costs or fees to either party.

Dated this 30th day of September, 2019

_____
BENJAMIN H. SETTLE
United States District Judge

Stipulated Motion for Order of Dismissal
C17-5773 BHS
PAGE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970